# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                        CASE NOS.: 3:13cr51/MCR/CJK
                                       3:17cv959/MCR/CJK

**BUDDY LAMAR REDDEN,**

    **Defendant.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 12, 2018. ECF No. 100. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, ECF No. 99, is **SUMMARILY DISMISSED as untimely**.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of February 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**